## December 11, 1972

## Commonwealth *v.* Corcoran, Appellant.

Submitted November

744

13, 1972. *J. Graham Sale, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol May Los* and *John G. Alford,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.